Bart W. Harwood
HALL, FARLEY, OBERRECHT & BLANTON, P.A.
702 West Idaho, Suite 700
Post Office Box 1271
Boise, Idaho 83701
Telephone: (208) 395-8500
Facsimile: (208) 395-8585
W:\5\5-263\DISM_STP.WPD

Attorneys for Defendants William N. McCarty, Betty McCarty,
Michael McCarty, Terry McCarty, Sherry McCarty Christianson,
Richard McCarty, Dayna McCarty Sanna and McCarty's, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC HIDE AND FUR DEPOT, INC., a Montana corporation, dba PACIFIC STEEL HIDE RECYCLING COMPANY; WILLIAM N. McCARTY; BETTY McCARTY; MICHAEL McCARTY; TERRY McCARTY; SHERRY McCARTY CHRISTIANSON; RICHARD McCARTY; DAYNA McCARTY SANNA; McCARTY'S INC.; IDAHO POWER COMPANY; PACIFIC FRUIT EXPRESS COMPANY; and UNION PACIFIC RAILROAD COMPANY,<br><br>Defendants. | Civil No. 83-4052<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO VARIOUS DEFENDANTS' CLAIMS AND CROSS-CLAIMS** |

COMES NOW defendant Pacific Hide and Fur Depot, Inc., a Montana Corporation,

dba Pacific Steel Hide Recycling Company, defendant Union Pacific Railroad Company, and

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO VARIOUS DEFENDANTS' CLAIMS AND CROSS-CLAIMS - 1

defendants William N. McCarty, Betty McCarty, Michael McCarty, Terry McCarty, Sherry McCarty Christianson, Richard McCarty, Dayna McCarty Sanna and McCarty's, Inc. (hereinafter "Said Defendants") by and through their respective counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of all claims and cross-claims which were or could have been filed in this action by any of Said Defendants against any of Said Defendants, with prejudice and without costs or attorney's fees awarded to any of Said Defendants.

DATED this 12th day of October, 1999.

MOFFATT, THOMAS, BARRETT, ROCK
& FIELDS, CHARTERED

By *[signature]*
James C. deGlee - Of the Firm
Attorneys for Defendants Pacific Hide and Fur Depot, Inc., a Montana corporation, dba Pacific Steel Hide Recycling Company and Union Pacific Railroad Company

HALL, FARLEY, OBERRECHT & BLANTON, P.A.

By *[signature]*
Bart W. Harwood - Of the Firm
Attorneys for Defendants William N. McCarty, Betty McCarty, Michael McCarty, Terry McCarty, Sherry McCarty Christianson, Richard McCarty, Dayna McCarty Sanna and McCarty's, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of October, 1999, I caused to be served a true copy of the foregoing JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO VARIOUS DEFENDANTS' CLAIMS AND CROSS-CLAIMS, by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| Betty Richardson<br>U.S. Attorney<br>Fataima Z. Ahmad<br>Trial Attorney<br>Environmental Enforcement Section<br>Environment & Natural Resources Div.<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20530 | ✓ U.S. Mail, Postage Prepaid<br>___ Hand Delivered<br>___ Overnight Mail<br>___ Telecopy |
| Beverlee E. Silva, Esq.<br>Marten & Brown<br>1191 Second Ave., Suite 2200<br>Seattle, WA 98101 | ✓ U.S. Mail, Postage Prepaid<br>___ Hand Delivered<br>___ Overnight Mail<br>___ Telecopy |

_____
Bart W. Harwood