Bart W. Harwood
HALL, FARLEY, OBERRECHT & BLANTON, P.A.
702 West Idaho, Suite 700
Post Office Box 1271
Boise, Idaho 83701
Telephone: (208) 395-8500
Facsimile: (208) 395-8585
W:\5\5-263\DISM_ORD.WPD

CLERK
U.S. COURTS
DISTRICT OF IDAHO

OCT 2 5 1999

5:10 P.M. REC'D
LODGED_____ FILED_____

Attorneys for Defendants William N. McCarty, Betty McCarty,
Michael McCarty, Terry McCarty, Sherry McCarty Christianson,
Richard McCarty, Dayna McCarty Sanna and McCarty's, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC HIDE AND FUR DEPOT, INC., a Montana corporation, dba PACIFIC STEEL HIDE RECYCLING COMPANY; WILLIAM N. McCARTY; BETTY McCARTY; MICHAEL McCARTY; TERRY McCARTY; SHERRY McCARTY CHRISTIANSON; RICHARD McCARTY; DAYNA McCARTY SANNA; McCARTY'S INC.; IDAHO POWER COMPANY; PACIFIC FRUIT EXPRESS COMPANY; and UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　Defendants. | Civil No. 83-4052<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AS TO VARIOUS DEFENDANTS' CLAIMS AND CROSS-CLAIMS** |

ORDER FOR DISMISSAL WITH PREJUDICE AS TO
VARIOUS DEFENDANTS' CLAIMS AND CROSS-CLAIMS - 1

Based upon the Joint Stipulation for Dismissal with Prejudice as to Various Defendants' Claims and Cross-claims, and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims and cross-claims filed by defendants Pacific Hide and Fur Depot, Inc., a Montana Corporation, dba Pacific Steel Hide Recycling Company, Union Pacific Railroad Company, William N. McCarty, Betty McCarty, Michael McCarty, Terry McCarty, Sherry McCarty Christianson, Richard McCarty, Dayna McCarty Sanna and McCarty's, Inc., against any of the said parties are hereby dismissed with prejudice, all parties to bear their own costs and attorney's fees.

DATED this 25th day of October, 1999.

_____
District Judge

ORDER FOR DISMISSAL WITH PREJUDICE AS TO
VARIOUS DEFENDANTS' CLAIMS AND CROSS-CLAIMS - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of October, 1999, I caused to be served a true copy of the foregoing ORDER FOR DISMISSAL WITH PREJUDICE AS TO VARIOUS DEFENDANTS' CLAIMS AND CROSS-CLAIMS, by the method indicated below, and addressed to each of the following:

Betty Richardson
U.S. Attorney
Fataima Z. Ahmad
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20530

\_\_\_ U.S. Mail, Postage Prepaid
_X_ Hand Delivered
\_\_\_ Overnight Mail
\_\_\_ Telecopy

Bart W. Harwood
Hall, Farley, Oberrecht & Blanton, P.A.
P.O. Box 1271
Boise, ID 83701-1271

_X_ U.S. Mail, Postage Prepaid
\_\_\_ Hand Delivered
\_\_\_ Overnight Mail
\_\_\_ Telecopy

James C. deGlee
Moffatt, Thomas, Barrett, Rock & Fields
P.O. Box 829
Boise, ID 83701-0829

_X_ U.S. Mail, Postage Prepaid
\_\_\_ Hand Delivered
\_\_\_ Overnight Mail
\_\_\_ Telecopy

Beverlee E. Silva, Esq.
Marten & Brown
1191 Second Ave., Suite 2200
Seattle, WA 98101

_X_ U.S. Mail, Postage Prepaid
\_\_\_ Hand Delivered
\_\_\_ Overnight Mail
\_\_\_ Telecopy

Thomas Greenland, Esq.
Union Pacific Railroad Company
1416 Dodge St., Room 830
Omaha, NE 68179

_X_ U.S. Mail, Postage Prepaid
\_\_\_ Hand Delivered
\_\_\_ Overnight Mail
\_\_\_ Telecopy

_____
Clerk